UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 3:09-md-2100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Joann Davidson v. Bayer Corp., et al.* | No. 3:10-cv-12652-DRH-PMF |
| *Kira Davidson v. Bayer Healthcare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10316-DRH-PMF |
| *Amber DeMeritt v. Bayer Corp., et al.* | No. 3:11-cv-11362-DRH-PMF |
| *Keisha Desir v. Bayer Corp., et al.* | No. 3:11-cv-11363-DRH-PMF |
| *Angelina Dimagiba v. Bayer Corp., et al.* | No. 3:10-cv-10298-DRH-PMF |
| *Kristen Downey v. Bayer Corp., et al.* | No. 3:11-cv-11396-DRH-PMF |
| *Nashua Duckett v. Bayer Corp., et al.* | No. 3:10-cv-11896-DRH-PMF |
| *Natalie Eichbauer v. Bayer Corp., et al.* | No. 3:11-cv-11409-DRH-PMF |
| *Sarah Elliott v. Bayer Corp., et al.* | No. 3:11-cv-11411-DRH-PMF |
| *Teresa Estep v. Bayer Corp., et al.* | No. 3:10-cv-11376-DRH-PMF |
| *Maryann Fenton v. Bayer Corp., et al.* | No. 3:11-cv-11414-DRH-PMF |
| *Angela Fifield v. Bayer Corp., et al.* | No. 3:12-cv-11198-DRH-PMF |
| *Rebekah Flores v. Bayer Corp., et al.* | No. 3:10-cv-10683-DRH-PMF |
| *Lindsey Forrest v. Bayer Corp., et al.* | No. 3:10-cv-11940-DRH-PMF |
| *Crystal Foster v. Bayer Corp., et al.* | No. 3:11-cv-11401-DRH-PMF |
| *JeShayra Frierson v. Bayer Corp., et al.* | No. 3:11-cv-12170-DRH-PMF |
| *Sharon Gadd v. Bayer Corp., et al.* | No. 3:10-cv-11350-DRH-PMF |
| *Gay Star v. Bayer Corp., et al.* | No. 3:10-cv-10211-DRH-PMF |

| | |
|---|---|
| *Ebony Glenn v Bayer Corp., et al.* | No. 3:10-cv-10212-DRH-PMF |
| *Sherry Gonzalez v. Bayer Corp., et al.* | No. 3:11-cv-11406-DRH-PMF |
| *Jordan Guerrette v. Bayer Corp., et al.* | No. 3:11-cv-12439-DRH-PMF |
| *Caroline Hadden v. Bayer Corp., et al.* | No. 3:11-cv-11435-DRH-PMF |
| *Sandra Halteman v. Bayer Corp., et al.* | No. 3:11-cv-11434-DRH-PMF |
| *Angela Hamre v. Bayer Corp., et al.* | No. 3:11-cv-11433-DRH-PMF |
| *Lacey Harbaugh v. Bayer Corp., et al.* | No. 3:10-cv-12653-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 18, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:   /s/*Cheryl A. Ritter*
       **Deputy Clerk**

**Dated:** November 19, 2014

Digitally signed by David R. Herndon
Date: 2014.11.19 16:40:07 -06'00'

**APPROVED:**
   **U.S. DISTRICT JUDGE**
   **U. S. DISTRICT COURT**

2